# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN
———
ANDREA ZELLAN
KAREN A. NEWIRTH
OSNAT LUPESKO-PERSKY

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

February 1, 2012

**BY HAND**

Hon. Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: US v. Gilbert Noble**
**10-CR-493 (RRM)**

Dear Judge Mauskopf,

I represent the defendant in the above-captioned matter. Mr. Noble is scheduled to be sentenced by the Court on February 3, 2012 at 4:00 pm. We write now to provide your Honor with a dozen letters of support which have been submitted by Mr. Noble's friends and family in support of his sentencing memorandum, which counsel filed on December 29, 2011.

We thank the Court for its continued courtesy in this matter, and stand ready to assist should the Court have any questions.

Sincerely,

Marc Agnifilo / (sms)

Marc A. Agnifilo

cc:   AUSA Daniel Spector

# INDEX OF LETTERS

### *United States v. Gilbert Noble*
### 10 CR 493 (RRM)

| Name | Tab |
|------|-----|
| Cerrato, Ana Carolina | 1 |
| Erwin, Gertrude | 2 |
| Ewing, William J. | 3 |
| Harp, Rodney | 4 |
| Harvey, Leslie | 5 |
| Noble, Jennifer | 6 |
| Noble, Lisa | 7 |
| Noble, Norma Jean | 8 |
| Olowniuk, Gusha | 9 |
| Pulito, Leonardo | 10 |
| Stefanski, Gary C. | 11 |
| Williams, Barry | 12 |

# EXHIBIT 1



**Mission Location:**
90 Lafayette Street
New York, NY 10013

**NEW YORK CITY
RESCUE MISSION**

P. 212-226-6214
F. 212-226-6215
www.nycrescue.org

November 3, 2011

Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: United States v. Gilbert Noble
    Criminal No. 10-493 (RRM)

Dear Judge Mauskopf,

My name is Ana Carolina Cerrato and I have been employee of the *New York City Rescue Mission* for the past seven years. I hold a bachelor's degree in both Sociology and Elementary Education.

I originally met Gilbert Noble at *Fairview Gospel Church* 6 years ago and later got to know him personally as a volunteer at the Rescue Mission where he served meals to the homeless and donated clothing on a regular basis. Through the last several years Gilbert has been one of church's greatest supporters for overseas humanitarian aid projects: orphanages, human trafficking rescue homes, AIDS clinics, and feeding the poor most of which I personally organize. Through our interactions we have become friends.

Far and away Mr. Noble's premiere strength is his ability to work with people. He has a natural love for others, which is easily reciprocated by both adults and children, and has a remarkable desire to serve and help others however he is able. His desire to serve has carried him in the last five years to some uncomfortable places in caring for his parents. Both are elderly with serious health matters and depend on him daily. I have personally watched his selfless love and commitment to care and serve them well without any complaint. He is indispensable in their everyday life and wellbeing.

Although I am aware he has pleaded guilty to a federal crime, I know he would never knowingly hurt or take advantage of anyone. My hope is that you will recognize his true character and be merciful.

Sincerely yours,

Ana Cerrato

Ana Carolina Cerrato

*Jesus said, "Come unto me and I will give you rest." Matt. 11:28*

FOUNDED BY JERRY & MARIA MCAULEY

# EXHIBIT 2

November 6, 2011

Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201
RE: United States vs Gilbert Noble
    Criminal No.n10-493 (RRM)

Dear Judge Mauskopf,

I am a relative of Gilbert Noble in that our maternal
grandmothers were sisters from Jamaica West Indies. I have
known Mr. Noble from his birth. As a teenager I babysat for
him and his sisters. In addition to that, we were a close-knit
family and spent lots of time together at family gatherings. My
special memories of time with Gilbert include many trips to
Jamaica and attending his graduation from Lincoln University.
I also remember the plays I attended when Mr. Noble was
studying to be an actor and the restaurants I dined at where he
worked. I guess you can say I have always been a supporter of
Mr. Noble throughout his life.

I will introduce myself by saying that I have been retired for
the past four years. Prior to retiring I was Executive Director
of the Executive Leadership Institute, a not for profit that
provides professional development to school leaders. For
thirty- five years I was an employee of the New York City
Department of Education in the following positions: teacher,
professional developer, supervisor of special education,
chairperson of the Committee on Special Education, principal,
and supervising principal in the Chancellor's District.

I am the parent of a daughter that I raised as a single parent for most of her life. The Noble family was a strong support for me as I worked and went to graduate school. My daughter visited often and thought of Mr. Noble as her big brother. It pleased us both that he was able to attend her wedding September 2011 with his mother who was recovering from recent surgery.

For all the years I have know Mr. Noble he has been the same kind, thoughtful and caring person his parents brought him up to be. Though he has pleaded guilty to a federal crime and deeply regrets putting himself in a situation that has caused so much pain and anguish to himself and his family, I continue to have the same respect for him that I have always had. I strongly feel that Gilbert, based on his character would never knowingly do anything to hurt another individual and that unfortunately he got involved with the wrong people. He has shown himself to be a devoted son and a helpful big brother to his four sisters. In recent years his family involvement has meant many trips to various doctors with his mother. Unfortunately, our recent get togethers have taken place at the Hospital for Special Surgery and more recently at the Chateau Select Hospital due to the ill health of both his parents. His father's recent severe illness has meant that Gilbert has had to spend a great deal of time at meeting with his doctors and caring for his father and overseeing his father's business affairs.

It is my plea to you that you show leniency towards Mr. Noble at his upcoming sentencing. His family needs him especially at this very critical time in the life of his parents.

Respectfully yours,
Gertrude Erwin

# EXHIBIT 3

**WILLIAM J. EWING, ESQUIRE**
*Counselors at Law*
*1650 Broadway, Suite 609*
*New York, New York 10019*

*William J. Ewing**

*Telephone 212-693-9464*
*Telephone 973-746-9898*
*Telecopier 973-746-7738*

October 7, 2011

Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re:  United States v. Gilbert Noble
    Criminal No. 10-493 (RRM)

Dear Judge Mauskopf:

  As you are aware my office represented Gilbert N. Noble (Chris) in the early stages of this matter, including the initial bail application at which time his father, Gilbert E. Noble appeared personally before the Court regarding the Bond. He related his deep love, respect and commitment to his son which was steadfast and sincere. In July, Gilbert E. suffered a life threatening and debilitating cerebral accident for which he continues to be hospitalized. Chris has been prayerfully at his side every day since he was stricken. In addition, his mother, Jean has been very ill for more than ten months and is dependent on Chris to be there to provide for her basic necessities.

  I have been extremely close to the Noble family since before Chris was born. In fact, it was because his father and mother and my wife and I were such good friends that they purchased a home directly across the street from us in Montclair, New Jersey where they have resided for more than fifty years. Suffice it to say that the Noble children and our children were like sisters and brothers.

  Over the years as Chris matured I was as conscious of his growth and maturity as I was with my own sons. He has always been extremely intelligent, bright, polite, honest and trustworthy, personable and sensitive and always ready to come to the assistance of others, when problems arose or when needed, whether in pursuit of his career as a professional actor or his academic pursuits at Montclair High School and Lincoln University he has always strived to be the best that he could be.

  Prior to the within matter, Chris was highly regarded, respected and enjoyed an exemplary and

**Page Two**
**October 7, 2011**
**Re:  US v Gilbert Noble**

impeccable reputation in our community.  He was an excellent student in both high school and college.

It is with deep and earnest conviction that I appeal to Your Honor to consider that, apart from the instant offense, Chris has lead a law abiding life, held in high regard and esteem by all who know him.  Further, all of his life he has demonstrated the moral fiber and strength of character which I submit is worthy and deserving of all possible leniency.

Respectfully submitted,

William J. Ewing

WJE:mpb

# EXHIBIT 4

Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE: United States v. Gilbert Noble**
**Criminal No. 10-493 (RRM)**

Dear Judge Mauskopf,

My name is Rodney Harp; I am 46 years old and reside in Montclair, NJ. I am a Senior Systems Analyst for UPS and have been with UPS for 11 years. I also work in the restaurant industry part-time; having formerly been a full-time restaurant worker. In one of my first fine dining jobs in New York, after having moved, with my young family, to Brooklyn; I met Gil. I have known the above mentioned; Gil Noble since 1987. As a matter of fact, it was Mr. Noble who was responsible for my move from Brooklyn, NY to Montclair, NJ. One of the best decisions I've ever made.

All of what is happening aside; I would say all of the things I am about to say about my friend Gil (Chris), anyway. Gil is one of my closest and dearest friends. We have been through a lot of things together over the years. He has been like a brother to me and an uncle to my girls. I am a recent divorcee with 3 grown daughters, but when my girls were younger; they loved when uncle Gil came around. In all of the years I have known Gil he has always been a great friend to me. When I was still married; my family and I vacationed with him. He has been with us over holidays, etc. As a trusted friend, Gil has been there for me when I have had personal issues that I have needed help with. Gil was the person that helped me move into my new place after my separation. He also acted as a sounding board for me through that difficult time and provided great support.

I can honestly say that although I do not know the extent of what Gil has been charged with; I do know that every since this ordeal started; he has been devastated. Gil has a sincerely kind heart and has always been one to treat everyone around him like they were the greatest in his eyes. With Gil I really don't believe this is an act. I really believe that he sees great qualities in everyone and appreciates people; in general. It took a lot for Gil to tell me that he screwed up. I know he has the utmost respect for me and also honors the opinion of have of him, but it was due to the strength of our friendship, that he did. I do know that in no way would Gil intentionally cause harm to anyone. He has a conscious that is more pliable than most.

Of course you have no idea who I am or of the characteristics I personally possess, but I am hoping that you will be able to gather from this letter the heartfelt sentiment behind it. I really feel Gil has been overwhelmed by this whole ordeal and the embarrassment it has been to himself, his friends and his family has been a lot for him to mentally endure.

Please take all that I have written to heart when dealing with my friend; Gil. Thank you for your time regarding this matter.

Sincerely,

Rodney Harp

# EXHIBIT 5

Honorable Roslynn R. Mauskopf
United States District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States v. Gilbert Noble
Criminal No. 10493(RRM)

Dear Judge Mauskopf,

My name is Leslie Harvey. I am the sister of Gilbert Christian Noble. I am writing you to plead for leniency for my brother who I call Chris. I am 3 years younger than Chris, the fourth of five siblings. I have been a stay-at-home mom for 17 years. I have three daughters. My brother Chris has been a wonderful brother to me throughout my life. We have always been very close and speak often. He has always been there to praise my accomplishments and help me through difficult situations. A few years ago I began having difficulties in my marriage of 23 years. My brother Chris would call me every day to make sure I was doing okay and was willing to listen to my problems and give me advice at any time of the day or night. I have two daughters who attend college on the east coast. He is always there to pick them up from the airport and support them whenever they need help. All three of my daughters think he is a great, fun, kind and caring uncle. Chris has always been willing to help everyone in his family. He is the oldest sibling and we all rely on his advice.

The past year has not been easy for my family. My father had a major stroke in July and is still in critical condition. My brother goes to see my father in the hospital every day. He does everything from shaving and cleaning my father to consulting with doctors and nurses to make sure he is getting the best possible care every day. There have been many times when my brother has caught critical problems my father was experiencing and brought it to the attention of the doctors and nurses which have been very important in keeping my father alive. My mother had spinal surgery last year and is still recovering. She no longer drives so she needs assistance to get around. My brother has been very instrumental in taking her to doctors appointments, the hospital, and to see my father. My brother is a member of the Fairview Gospel Church which he attends every Sunday. He is loved by his church family. He is loved by our family.

Chris is very sorry for all the pain that this situation has caused him and my family. He has discussed the case with me and I know that he is filled with remorse. My brother has worked very hard his entire life and always tried to do the right things. In trying to improve his life he ended up meeting the wrong people. Everyone will make mistakes in their lives. I am asking you to please show mercy to my brother Chris. Give him the chance to continue to help and heal our family. Give him the chance to make a positive difference in the lives of others.

I love my brother and I am asking for leniency.

With All Respect,

Leslie Harvey

# EXHIBIT 6

Honorable Roslynn R. Mauskopf
United states Distric Judge
Eastern District of New York
325 Cadman Plaza East
Brooklyn New York 11201


Dear Judge Mauskopf,

My name is Jennifer Noble   i am Gilbert Christian Nobles youngest sister. I have four children and i
live in Paris France. Your Honor my brother and i have had a close relationship for my entire life.
When we were young chris always looked out for me and was, and still is a very loving and caring
brother. I always admired him when we were young because being my fathers only son and  being the
eldest member of our family was not easy there was always a lot of pressure on him and he was
always there for our family as a son and a brother. Me and my sisters always leaned on him for advise
and support in our daily lives and he never let us down. There were many times in my life when i
needed his advise or help solving a situation in my life and he was always there for me. Chris took
care of my kids when i was in the middle of going through my divorce and in the process of relocating
and i had to travel for long periods of time to handle my affairs. This was so helpful to me at the time
and he really helped me get through that stage of my life.

Chris has always been a very grounded and caring person who on many occasions looked out for
family and friends before himself. He is a spiritual person as well, he is a member of a church and is
very involved with various church activities. He volunteers a lot of his time at homeless shelters and
has always tried to find ways to help other people.

Chris is so important to our family right now. My mother has been ill and my father had a severe
stroke in July which left him in critical condition and is currently fighting for his life. Most of my sisters
live to far away to be able to help my mother and father on a consistent basis. Chris has worked
tirelessly to take care of  my mother and has been so important in caring for my father in the hospital
and i dont know what the family would do without him at this time. With everything he is dealing with i
dont know how he does it and i love him so much for everything he is doing on behalf of our family.

Your Honor my brother has always worked very hard and has tried to create his own identity and
find his purpose in life. It has not been easy for him to deal with the pressure of my fathers position
and reputation. He has tried many different careers and so far has not had success but i know that he
will reach his goals one day and make a contribution to this world. Chris has spoken to me on several
accasions about this case and has been devistated by putting himself in this situation and has sincere
regret and remorse for all the pain he has caused himself and the family. I strongly believe that in
trying to change directions in his life he met the wrong people who took advantage of him, and
he made mistakes and used bad judgement in dealing with his situation. My brother does not have
any experience in the business world and is not the type of person who would intentionally do
something to hurt another individual. Your Honor i hope you will consider all the imformation i have
given you and show leniency towards my brother and that you will give him another chance to redeem
himself and do something positive with the rest of his life. Our family loves him and really needs him at
this critical time in our life. Thank you so much.


Yours Truly,

Jennifer Noble


Jennifer Noble

EXHIBIT 7

Honorable Roslynn R. Mauskopf
United States District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


RE: United States v. Gilbert Noble
Criminal No. 10-493 (RRM)

Dear Judge Mauskopf,

 My name is Lisa Noble, Gilbert Christian Nobles sister. I am pleading for leniency for my brother. He has always been a upstanding citizen and a loving and caring brother to me and my sisters and also a good son to my parents. Growing up together there were many times when he would spend time with me and help me make important decisions in my life. When i attended college at Montclair State and did not have a car at the time, my brother would take me to school and pick me up. He always protected me and my sisters and i have always been able to depend on him when i need his help.

 This last year has been very difficult for my family. My mother had spinal surgery and is suffering from other complications and is still recovering. I have 1 sister who lives in France and 2 sisters who live in California and my brother has been the one who has taken my mother to all her doctor and hospital appointments and  although he is going through alot, has always spent alot of time with my mother helping her with her recovery and she really depends on him. In July my father had a massive stroke and is still in critical condition and although my brother works full time at a Restaurant and has been dealing with my fathers business affairs as well as dealing with this case, he has spent endless hours in the hospital making sure my father  is getting the best care possible, while taking care of my mother. He has always been a giving person and thinks of others before himself.

 My brother has had many conversations with me and the rest of the family about this case, and has expressed great pain,sorrow,and remorse for causing so much pain to the family and himself. I personally feel that while trying to change careers he unknowingly got involved with the wrong people. He was approaching age 50 when this incident happened and had been working full time in the restaurant business and pursuing a acting career for many years and never really got a big break. So when the restaurant closed and his acting career had not taken off, I think he was going through a mid-life crisis and wanted to change the direction in his life and career. I think that is why he decided to go into the real estate business and ended up meeting the wrong people. My brother is the eldest out of five family members and i think it has been very difficult being the son of a very respected and well known father and having so many family members depending on him and expecting so much from him. My brother has always worked hard and has always expressed a desire to be successfull in his career and to help other people be successfull in there life. He has always been a very giving person and attends church every Sunday and also does alot of volunteer work at homeless shelters.

 Your Honor i have known my brother for 50 years and i know he is a good person who comes from a good family that has lead a clean life and who loves him dearly and supports him. He has made some mistakes and i know he will never put himself in that situation again. I ask you to please show mercy and leniency for my brother. please give him a chance to do something positive with the rest of his life. I know he will prove worthy to everyone for the leniency.


With all Respect,


Lisa Noble

# EXHIBIT 8

Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York 11201

11/20/2011

United States v. Gilbert Noble
Criminal No. 10-493 (RRM)

Dear Judge Mauskopf,

My name is Norma Jean Noble . I am Gilbert Christian Nobles mother . Your Honor i am writing this letter to you as a mother to try and explain to you who my son really is and to ask you to please show leniency towards my son .

I was born in Jamaica West Indies and when i was a young girl i moved to New York to live with my Aunt to biuld a better life for my self . I attended school in New York City and graduated from highschool . After graduating highschool i decided to persue a carreer in nursing and attended nursing school . After finishing nursing school i began a carreer in nursing . In my early twenties i met my current husband Gilbert E Noble whos family is also from Jamaica . At that time my future husband was working two jobs and modeling part time . He was hired to model in a USA fashion tour which would be traveling thoughout Europe . They were also looking for another women to be apart of the tour and Gilbert sugested that i go in and meet them . I did and they hired me as well . At the time we were very much in love and had jobs here in New York . We thought this would be a great opportunity to travel and see other parts of the world and decided to join the tour . One of our first stops was Russia and while in Russia my husband proposed to me and we decided to get married in Russia , which made the New York Times and is where our first born Gilbert Christian Noble was conceived.

When we returned back to New York i got another job in nursing and my husband started working multiple jobs in a attempt to prepare for our approaching family. My husband and i come from honest,low income,hard working families, and my husband and i have always tried to pass those values on to our children. After our son was born life began moving very quickly and our family continued to expand  We were living in Harlem at the time and the pressure was on both of us to be able to take care of our growing family. My husband worked at a bank during the day and at night worked at a radio station. He also plays the piano and had his own jazz trio called the Gil Noble trio which performed all over New York.

In the early 1960s due to the civil rights movement, some of the television networks started to hire Black reporters and my husband got a chance to interview with WABC TV and was hired as a news

reporter. After he was hired our family had grown to four children with one on the way and we decided that we needed more space. We moved to Montclair New Jersey and my husband worked around the clock while i continued to work as a nurse.In time my husband thrived at his job and gradually became successfull. With success came a lot of public scrutiny especially for a black family during that time. This can be very hard for young kids to adapt to and also to understand. I think for my son being the eldest child out of five and the only boy it was callenging at times. Chris just wanted to be a normal kid and never liked the extra attention but i must say he was a good son and brother to his four sisters. Some times he would get into a little mischief like most young boys but never got into any real trouble.

I also think what was always callenging to Chris was growing up in the shadow of his father who was a musician,author, artist,a successfull and respected journalist, and so talented in many other areas. I also think the constant flow of high profile friendships my husband had as a result of his work,people like Sidney Poitier,Muhamad Ali,Harry Belafonte, and many other politcians,entertainers, and civil rights leaders, were intimidating and overwelming at times for a young boy. My husband and i tried very hard to give our children a good foundation and taught them to treat people with respect and to be be humble God fearing people. We taught chris to work hard for the things he wanted in life. We never through money at our kids. My husband and i worked very hard for everything we have and we wanted our kids to understand and appreciate that.Chris always worked hard and held many different jobs at an early age while going to school. He even bought his first car. He was a busy young man. He plays the alto saxophone, and as a young man belonged to a Jazz and R&B group which played all over New Jersey and he wanted to persue career in the music business. We also sent Chris to New York Military Academy for a couple of years where he did well and learned valuable life skills. After graduating high school and because his music career was not moving in the right direction he decided to go to college. He attended William Patterson College as a music major and after one year decided to transfer to Lincoln University with a major in Sociology and a minor in history.

After graduating from Lincoln University which made his father and i very proud, Chris decided to follow in his fathers footsteps and persue a career in the T V news business. He interviewed with many television and radio stations never asking his father for help and soon landed a job at WPIX TV news in New York. He worked very hard and stayed there for a couple of years but expressed to me on many occasions that people had unreal expectations of him and he was being judged by his fathers reputation and not his own. I had a feeling that it was hard for him to create his own identity. After some time Chris started taking acting lessons and was soon bit by the acting bug. He decided to change directions and leave the news business and persue a career as a actor. He started working at restaurants at night while going to acting school and going on auditions duruing the day.My husband and i were very worried about his decision because of the uncertainty of employment associated with the entertainment business,but chris seemed dedicated and willing to work hard so my husband and i gave him our support. As time went by he began to get acting work. He performed in off-Broadway plays, television shows, TV commercials. My husband and i attended several plays he was invoved in and thought he was talented but was still worried about his future. My husband always loved Chris very much and wished he could have spent more time with him, but because of the constant demands from his career he had very little time to spend with him and i know that always affected Chris.

While Chris was struggling to find success our family was continuing to grow and he always remained a good hearted son, brother, and uncle. Always extending himself to assist and be involved in other family members lives. I cant count how many times he helped his sisters handle marriage and relationship issues, and spent a lot of time with his nieces and nephews. Chris was also married to a lovely young women for nine years which ended in a non contested divorce. Chris told me that the long hours at work and a feeling of dissapoinment in himself because of his lack of success in his career led to his divorce. Everyone always expected so much from him because of his fathers reputation and success and because of his own talent. abilities, and potential. I know this always put a lot of pressure on him.

As time went by and chris was getting older and had not had the big break in his career that he was looking for, we had many conversations about the direction of his life. Chris always relied upon his faith in God to take him where he was supposed to be. But he said on many occasions that he felt he was running out of time and feared that he might not ever make it as an actor and didnt want to spend the rest of his life in the restaurant business, which leads us to where we are now. A couple of years ago he told me that due to a decline in business, the owner of the reaturant where he had been working for over ten years was going to sell his business. He told me that he did not want to look for another restaurant job, and wanted to once again change directions in his career. He always liked real estate and thought he might try a career in that business and would basically have to learn on the job, which is what he attempted to do and how we got to where we are now.

I am 77 years old and a little over a year ago i had a debilitating spinal condition which left me in a wheel chair unable to walk or drive a car. I had a major operation to correct this condition and i am still recovering. Leading up to my operation i went through a long process of finding the right surgeon and visiting many different doctors. Chris not only does my grocery shopping and goes to the bank and runs many other errands, he took me to all my doctor and hospital appointmemts and has been critically important in my recovery process. Also in July of this year my husband of 52 years who is now 79 had a major stroke which has left him paralized on the left side of his body,incapacitated, on a ventilator, and fighting many different complications, and is currently fighting for his life. Your Honor i dont know where my son gets the strength, with this case and all the problems he is dealing with, he has been spending endless hours by his fathers side monitoring his condition,doing rehab work on him, consulting with doctors, and making sure everything possible is being done to give his father a ,chance to survive. I strongly feel it is one of the main reasons my husband is alive today. My husband also officially retired from ABC a couple of weeks ago which had been schedualed before the stroke. Before his stroke had been working with Chris to develope the direction of his film archives, which is a collection of the entire Like It !s film collection spanning over 40 years and is produced, written, and owned by my husband. My husband had always wanted this collection to be used as a educational tool. This could be the opportunity Chris has spent so much time searching for in his life. His father always wanted him to be involved with educating young people and participating in the process of improving the condition of all people.

Your Honor i am telling this story about my son Gilbert Christian Noble who i love with every fiber of my body, and our family to hopefully give you a better understanding about who my son really is. Here you have a young person born into a very unique situation with a father who is well known and respected with a son trying to find his own identity. He tried a music career and didnt have susccess, he tried the TV News business and didnt find his way, he tried to make it as an actor and never achieved success, and while facing constant comparisons to his fathers career and was also approaching age 50, felt like his life and chances to accomplish something were slipping away. He decided to change directions in his life again after learning that the owner of the restaurant that he had been working for over 10 years would be selling his business, and decided try a career in the real estate business trying to learn on the job and, hoping to find success and fulfillment in his career for once . I strongly feel these circumstances resulted in him meeting the wrong people who manipulated him and took advantage of him. He did not have any experience in the real estate business and was vulnerable. I know my son very well, we are very close and i know he would never intensionally try to do something that would hurt another individual.

Chris also had a bad experience with his previous lawyer Joe Tacopina, who was highly recommended to him. Chris told me that after signing the retainer agreement he never spoke to that Mr Tacopina again who was the head of the law firm and was focusing on a much more high profile case. Instead My son was passed on to Mr Seigal who is one of the other attorneys working for the firm and then passed on again to Mr Brian King who was a juniour attorney working for the law firm, who ended up handling my sons guilty plea and also did not tell my son that he was leaving the law firm for another job right after the giulty plea. My husband was paying my sons legal bills and Chris expressed to us on several occaisions that the way he was being treated by the law firm was unfair, he had very little access to his lawyer and that he was not getting the proper representation. Chris only left his previous lawyer William Ewing because Joeseph Tacopina was highly recommended as a lawyer who could better represent my son, and had a lot of experience with this type of case. Unfortunatly my son never got to work with Mr Taccopina and the money we payed him was wasted. Chris has really been through a lot this year and so has our family.

Your Honor my husband and i love our son very much and need him in our life more than ever now. Since his arrest Chris has been going through so much agony and remorse for being in this situation and deeply regrets his role and judgement in this matter. If my husbands health was better he would be standing before you begging you to have mercy on his son. I pray that you will take into consideration all the information i have given you and that you have a better understanding about the type of person Chris really is, and that sometimes people make mistakes in thier life but deserve another chance to make it right. Your Honor i know that if you decide to show leniency towards my son, he will prove worthy of it. I pray that you give him a chance to do something positive with the rest of his life. Thank you for your understanding.

Respectfully,

*Norma Jean Noble*

Norma Jean Noble

# EXHIBIT 9

1/18/2012

Honorable Roslynn R. Mauskopf
United states Distric Judge
Eastern District of New York
325 Cadman Plaza East
Brooklyn New York 11201

Dear Judge Mauskopf,

My name is Gusha Olowniuk I am a Registered Nurse at Select Hospital in New Jersey. I am one of the nurses who takes care of Gil Noble who is Chris Nobles father. Mr Noble condition is very serious. he suffered a massive stroke and his condition changes day to day. If Mr Noble does make it, a big reason will be because of his son Chris. I have been a nurse for twelve years and i have seen and experienced many things in my profession, but i have never witnessed a family member who puts as much effort and energy into helping another family member have a chance to survive as i have seen with Chris Noble.

Chris visits his father every night. He washes his father and usually shaves him. He massages his father and does exercises with him. His father is on a ventilator and if he gets congested, Chris suctions him and always brushes his teeth and cleans out his mouth. I have never seen someone pay such close attention to detail. When chris is in the hospital he make my job easier. He checks everything concerning his father, he checks all the lines leading into his father and keeps a daily log of all medicine given to his father, and imformation about his fathers daily condition. He always calls me into his fathers room in a nice way and we go over everything that has happened that day. Chris also reads a lot to his father, which is very important for the stimulation of the brain. All the nurses and doctors who work on the floor marvel at his dedication. But most of all Chris is a nice person he always goes out of his way to speak to everyone on the floor and treats all staff members well. I have never heard any staff member complain about about him being to demanding and trust me we hear many complaints about some of the families visiting the hospital. In the short time i have known him i can say that Chris Noble is a very special and humble person and i admire him for way he has taken care of his father.

Our hospital is doing everything we can to help Mr Noble  recover from his stroke but i think after taking care of him for over four months the real difference maker is going to be the constant love,care, and affection he is getting from his son to give him a real chance to make it. Mr Noble has been showing signs of improvment lately and i think it is because of the combination of these factors. We hope he continues to move forward.

Judge Mauskopf i hope the imformation i have given you will help you get to know the type of person Chris Noble is. I feel strongly that he is a good person and his father really needs him now. Thank you for your time.

Sincerely

Gusha Olowniuk

# EXHIBIT 10

)|( RISTORANTE )|(

A R Q U A

Honorable Roslynn R. Mauskopf
United states Distric Judge
Eastern District of New York
325 Cadman Plaza East
Brooklyn New York 11201
12/28/2011

281 Church Street. New York 10013  212/334 1888

Dear Judge Mauskopf,

My name is Leonardo Pulito I am the former owner of Arqua Restaurant where Gilbert C Noble, who
we called Chris worked for about eleven years. I was born in Arqua Italy and moved to New York
many years ago after meeting my wife Antoinette. I opened Arqua Restaurant over twenty years ago
which is located on Church Sreet in Tribecca New York . We were lucky to achieve success over a
long period of time, but due to rising rents and other factors which affected the area after 9/11 i was
forced to sell my business a couple of years ago.

I hired Chris about thirteen years ago as a waiter which proved to be one of the best business
decisions i made for my restaurant. I was impressed with Chris very early in our relationship. He had
worked many years in the restaurant business and knew alot about food, wine, and providing good
service to our customers. When i hired him he told me he was an actor and at first i was a little
hesitent to hire him because some actors are not dependable, but Chris turned out to be very
dependable and never abandoned his job for auditions or any related acting work. He always made
arrangements with me ahead of time so i could cover his shift. This was always important to me
because you cant run a business properly if your employees dont show up for work. Chris also has a
great personality and got along very well with my customers and soon built a large following himself.
Many customers would call and request him on a regular basis. Some would call me and if he wasnt
working that night they wouldnt come in to the restaurant. He really made major impact on some very
important customers. People like John Zuccotti who is a major real estate developer and the chairman
of Brook Field Properties who would call Chris when he was coming in to the restaurant and Chris
would always reserve his favorite table for him and have his favorite wine ready for him,and many
lawyers and judges like Judge Mirium Cedarbaum came in frequently for lunch and Chris always knew
what she wanted and took very good care of her and she held many events at my restaurant, and
Sigourney Weaver, Danny Glover and many other high profile people came in on a regular
basis requesting Chris. What always impressed me about Chris on a personal level was the fact that it
took him years to tell me who his father was . Chris is a humble person and he never felt like he had to
tell people who his father was to make himself look more important. He normally tried to make other
people feel important. Chris is just a regular guy who gets along with all types of people and i always
admired that.

After a short period of time i realized that Chris had become a major asset to my business and i
promoted him to manager of the retaurant. He also became a close friend to me and my family. In the
restaurant business you work long hours, sometimes six and seven days a week and you see the
people you work with more than your own family He practacally watched my two sons grow up and my
family is very fond of him. We experienced the events that took place on 9/11 together, which had a
major impact on my restaurant. My restaurant is located a couple block away from the World Trade
Center and we had to close the business for a while. Chris really helped me and the business get back
on our feet. He is also a big reason i was able to keep my marriage together. I usually got to work
early in the morning and i gave Chris the keys to my business to close every night so i could go home
at a reasonable hour to spend time with my family. This was a big responsibilty which i would only give
to someone i totally trusted, because he had to do all the closing paperwork, restock all the wine,
count all cash and credit card reciepts, make sure everything is clean and in order and many other
things. When i arrived in the morning everything was always in order and i never had to worry
about things like that. When i went on vacation with my family every year i always left Chris in charge
of my business which is a big deal for me because its a cash and credit card business and my family
depends on the income generated by the restaurant and if anything happened it would have a major
impact on my family . Whenever i returned from vacation i never had to deal with problems or anything
missing or out of place.

Your Honor when Chris came to visit me recently and told me what happened i was shocked. I could see that he was very upset and embarrassed to tell me what was going on.He showed alot of remorse during the visit and was very sorry for the pain it has caused his family. Your honor I can tell you that Chris is not a criminal, i would know i worked with him six days a week for eleven years and i never had a incident where i was missing any money or anything else of value.Im sure if this incident was a part of his caracter something would have showed up over a long period of time. I would trust him with my life and there are many people who know him well that would say the same thing. I think that after i closed my business he wanted to change directions in his life since his acting career never took off and unknowingly got into the wrong situation with the wrong people, and used bad judgement in handling the situation and i know he is very sorry for that. Your Honor people sometimes make mistakes in there life and deserve another chance to make it right. I hope you take to heart what i have told you and show leniency towards Chris and please give him a chance to do something positive with the rest of his life i really feel he deserves it because i know him. If and when i open onother business i would hire him in a second. Thank you for hearing my story.

Sincerely,

Leonardo Pulito

# EXHIBIT 11

# FAIRVIEW GOSPEL CHURCH
## 724 Fairview Avenue
### Fairview, New Jersey 07022

Rev. Gary C. Stefanski
PASTOR
October 3, 2011

CHURCH: (201) 943-5060

E-mail: gsstefanski@juno.com

Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

Dear Judge Mauskopf ,

My name is Rev. Gary C, Stefanski, Pastor of Fairview Gospel Church, located in Fairview New Jersey. I writing this letter on behalf of Gilbert Christian Noble who we call Chris. Chris has been a very important member of our church for about seven years and is very well liked and respected by our members and church family. He is a very humble, kind hearted person who is always searching for ways to help other people. Chris has donated much of his time to church related projects and is a regular volunteer at a homeless shelter in New York. On many occasions Chris picks up some of our elderly members and takes them back and forth to church and other events.

A couple of years ago i baptized Chris and i have observed his spiritual journey since then, and i can tell you very honestly that Mr Noble is a wonderfull person and God has blessed him with many good qualities that he has now and some that have not surfaced yet. I see something very special in him and i always tell him that the best in him is yet to come. He has discussed this court case with me and has expressed sincere regret and remorse for the pain he has caused his family and himself and has asked God for forgiveness. He told me that he unfortunately got involved with the wrong people and would never put himself in that position again and i believe him with all my heart.

Mr Noble and his family have experienced great tragedy this year. His mother had surgery and is ill and his father experienced a severe stroke and is currently fighting for his life in the hospital. I have been to the hospital with Chris to visit and pray for his father and i know his fathers condition affects him deeply. I can aslo tell you that his family really needs him now.

Judge Mauskopf i fully understand the serious nature of what Mr Noble is being charged with, but i ask that you take into consideration the type of person he really is and how he could have made a mistake in getting involved with the wrong people and be in a situation that was way over his head. I pray that you will consider all the factors and show leniency towards him. We love Chris at Fairview at Fairview Gospel Church and we are grateful for participation and support for our church and his continued faithfulness is a blessing to the ministry of the church.

May God bless you,

Gary C. Stefanski

Gary C. Stefanski
Pastor

WE PREACH CHRIST, CRUCIFIED, RISEN AND COMING AGAIN

# EXHIBIT 12

Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

1/15/2012

Dear Judge Mauskopf

My name is Barry Williams, i am a Registered Respiratory Therapist at Select Hospital in Rochelle Park New Jersey. I work in the acute care division of the hospital and take care of Mr Gil Noble. Over the past 4 months i have had the fortune of getting to know his son Chris Noble and i am writing this letter on his behalf to hopfully give you more insight into the type of person he really is. I have not known Chris that long. I first met him about 4 months ago when his father was transfered to our hospital from ICU at Mountainside Hospital in Montclair NJ. His father had suffered a severe stroke and had arrived at our hospital in critical condition leaving Mr Noble paralized on the left side of his body,and breathing on a ventilator facing many complications.

I work the night shift at the hospital and i started to get to know Chris by watching him come in every night to look after his father and having conversations with him, and i have gotten to know his mother as well. Chris has always been very respectfull to me and the rest of the staff and doctors, and is a very caring person who wants to know everything about his fathers condition.I am extremely impressed with his dedication to help his father have a chance to recover. He comes in every night and i mean every night and checks his father head to toe and speaks to the attending  RN and myself to find out his fathers condition for the day. He keeps a note book in his fathers room and writes down everything pertaining to his father condition for that day. He shaves his father every night and checks all lines and tubes conected to his father,he suctions his throat and cleans his father head to toe and puts a special lotion on him and gives him a full body massage,and does exersises with his fathers hands arms legs and feet. Chris also prays with his father every night He now knows everything about his fathers condition and continually consults with all his doctors. If he sees that something is not right with his father  he always points out the problem to us in a respectfull way.

Your honor all i can tell you is that the behavior and dedication to his father and his condition that i have wittnessed is very unusuall. I wittness many families visiting there love ones at the hospital but to come into the hospital every night and stay there working on his father to 3 or 4 in the morning, that sort of dedication and effort is rare and im sure it is a big reason why his father is still alive. Chris is also a good person and I along with all staff members working on his fathers floor have alot of respect for him. Your Honor i dont know much about the case but i hope what i have told you has been helpfull and that you will take into consideration what i have told you and that you will have mercy on Chris. Hes a great guy and his father really needs him. Thank you.

Yours Truly,

Barry Williams